IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE RICARDO CHEVEZ-ORELLANA<br>a/k/a "Saul Garcia-Hernandez,"<br><br>Defendant. | Case No. 1:21-MJ-270 |

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, Donovan Wright, being duly sworn, state the following:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") in Fairfax County, Virginia. I have been employed with ICE since 2015. During this time, I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act, and Titles 8 and 18 of the United States Code. My duties as a Deportation Officer include investigating administrative and criminal violations of the Immigration and Nationality Act, and Titles 8 and 18 of the United States Code and seeking, when applicable, prosecution and removal of violators. I was previously a sworn law enforcement officer in Virginia and Michigan for 11 years.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant for JOSE RICARDO CHEVEZ-ORELLANA (also known as "Saul Garcia-Hernandez"), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States, while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a).

1

3. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause. This affidavit is not intended to include every fact and matter observed by me or known to the United States.

## PROBABLE CAUSE

4. On or about July 26, 2020, CHEVEZ-ORELLANA was booked into the Prince William County Adult Detention Center, in Manassas, Virginia, within the Eastern District of Virginia. CHEVEZ-ORELLANA had been arrested for driving while intoxicated and for driving without a driver's license. An electronic version of CHEVEZ-ORELLANA's fingerprints was processed through ICE indices which contain fingerprint records of known and previously deported aliens. Results of this query revealed positive matches to CHEVEZ-ORELLANA and his Federal Bureau of Investigation (FBI)/Universal Control Number (UCN).

5. I reviewed CHEVEZ-ORELLANA's alien file. The alien file revealed CHEVEZ-ORELLANA is a citizen of El Salvador. CHEVEZ-ORELLANA's alien file also contained an Immigration Service Form I-205 (Warrant of Removal/Deportation). The I-205 revealed CHEVEZ-ORELLANA was removed from the United States on or about July 24, 2015, from Dallas, Texas. The I-205 contained CHEVEZ-ORELLANA's photograph, fingerprint, and signature.

6. On August 4, 2020, the fingerprint on the I-205 was submitted to the FBI Special Processing Center for comparison. The FBI revealed that the fingerprint on the I-205 dated July 24, 2015 was identical with fingerprints associated with CHEVEZ-ORELLANA's FBI/UCN

number. The FBI also noted that the fingerprint on the I-205 was identical to CHEVEZ-ORELLANA's booking fingerprints from July 26, 2020.

7. CHEVEZ-ORELLANA's alien file lacks evidence of any immigration benefit, document, or status that would allow him to enter, be admitted, pass through, or reside in the United States legally. Further, CHEVEZ-ORELLANA has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removals.

## CONCLUSION

8. Based the foregoing, I submit there is probable cause to believe that on or about July 26, 2020, in Manassas, Virginia, within the Eastern District of Virginia, CHEVEZ-ORELLANA, an alien removed from the United States, on or around July 24, 2015, at or near Dallas, Texas was found in the United States without having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

DONOVAN E WRIGHT
Digitally signed by DONOVAN E WRIGHT
Date: 2021.07.26 16:55:23 -04'00'

Donovan Wright
Deportation Officer
United States Immigration and Customs Enforcement

Subscribed and sworn to by telephone in accordance with Fed. R. Crim. P. 4.1 this 27th day of July 2021.

Digitally signed by Ivan Davis
Date: 2021.07.27 13:45:34 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia

3